UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RAE LINN PEIFFER,<br><br>    Plaintiff,<br><br>v.<br><br>CBM SERVICES, INC.,<br><br>    Defendant. | Case No. 1:14-cv-14087<br>Honorable Thomas L. Ludington<br>Honorable Patricia T. Morris |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

It is so **ORDERED**. This is a final order and closes the case.

Dated: June 23, 2015                s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge


Stipulated and Agreed:

1

| | |
|---|---|
| /s/ Andrew L. Campbell (w/consent) | /s/ Charity A. Olson |
| Andrew L. Campbell (P64391) | Charity A. Olson (P68295) |
| *Attorney for Plaintiff* | OLSON LAW GROUP |
| 1000 Beach St., Suite B | *Attorneys for Defendant* |
| Flint, MI 48502 | 2723 S. State St., Ste. 150 |
| Tel: (810) 232-4344 | Ann Arbor, MI 48104 |
| michiganbk@gmail.om | Tel: (734) 222-5179 |
| | colson@olsonlawpc.com |

Dated: June 22, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 23, 2015.

s/Karri Sandusky
Karri Sandusky, Acting Case Manager

---

2